

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-19-00214-CR

**IN RE** Steven **ROBLES**

Original Mandamus Proceeding[1]

### ORDER

On April 8, 2019, relator filed a petition for writ of mandamus asserting the trial court abused its discretion by denying him relief pursuant to Texas Code of Criminal Procedure 11.072. After considering the petition, we conclude relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

We deny as moot relator's motion for leave to file a petition for writ of mandamus because a motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

It is so **ORDERED** on April 17, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CR-1302, styled *Ex Parte Steven Robles*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.